UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:13-cr-335-T-30EAJ

DENETRIA BARNES

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the court upon the filing of the United States' Motion for Forfeiture Money Judgment (Doc. 35) in the amount of $12,000.00 against defendant Denetria Barnes, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure. Being fully advised in the premises, the court hereby finds that the United States has established that the defendant obtained $12,000.00 in proceeds as a result of her participation in the conspiracy, in violation of 18 U.S.C. § 371, for which she has been convicted in Count One of the Information.

Accordingly, it is hereby

**ORDERED** that for good cause shown, the United States' motion (Doc. 35) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rule of Criminal

Procedure, defendant Denetria Barnes is personally liable for a forfeiture money judgment in the amount of $12,000.00, which represents the amount of proceeds she received as a result of the conspiracy charged in Count One of the Information.

The court retains jurisdiction to enter any order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), up to the amount of the $12,000.00 forfeiture money judgment, and to address any third party claim that may be asserted in these proceedings.

Pursuant to Rule 32.2(b)(4), Federal Rules of Criminal Procedure, and the defendant's Plea Agreement (Doc. 30, at 9), this order of forfeiture will be final as to the defendant upon entry.

**ORDERED** in Tampa, Florida, on this 18th day of October, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cr-335 Barnes fmj 35.docx